SIEBRAND H. NIEWENHOUS, Respondent, *v.* NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants.

*Niewenhous* v. *N. Y. & Harlem R. R. Co.*, 76 App. Div. 619, reversed. (Argued January 12, 1904; decided January 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Ira A. Place* and *Thomas Emery* for appellants.

*Pliny W. Williamson* and *George C. Lay* for respondent.

Judgment reversed and final judgment ordered in favor of defendants, dismissing the plaintiff's complaint, without costs. The remittitur to be in the form of that in the case of *Kriete* v. *New York and Harlem Railroad Company* (175 N. Y. 484); no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Not sitting: GRAY, J.

---

JOHN V. KILKIN, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Kilkin* v. *N. Y. C. & H. R. R. R. Co.*, 76 App. Div. 529, affirmed. (Argued January 12, 1904; decided January 26, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1902, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*George McGowan* for appellant.

*Frank Hiscock* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Not sitting: GRAY, J.